267

the importer applied to the Bureau of Customs for an allowance under section
.563 (a), which application was denied, the Commissioner not being satisfied that
the damage was a casualty within the meaning of said section.   It appeared that
the wheat was loaded on barges at Buffalo and transshipped through the canal
system to Brooklyn.   The plaintiff cited T. D. 44791 in his brief and attached
thereto an affidavit of the vice president of a towing company, relating to the
facts.   This affidavit, however, was not considered by the court as it was not
part of the record.   Counsel for defendant also cited *Wagner Bros. Feed Corp.*
v. *United States* (3 Cust. Ct. 102, C. D. 212) and *Charles T. Smith, Inc.* v. *United
States* (11 Cust. Ct. 39, C. D. 789) relating to similar wheat which was imported
at Buffalo and transshipped to New York.   On the record presented the court
held that duty was properly assessed on the wheat in its condition at the time
it was entered at Buffalo and not in its condition when it was unloaded from the
barges in New York.   The protests were therefore overruled.

**No. 49651.**—Protest 21337–K of V. W. Davis (Duluth).

Opinion by KEEFE, J.   In accordance with stipulation of counsel that the
merchandise in question consists of wild rice similar to that the subject of *Davis*
v. *United States* (10 Cust. Ct. 189, C. D. 751) it was held properly dutiable at 10
percent under paragraph 1558 as claimed.

**No. 49652.**—Protests 21338–K, etc., of V. W. Davis (Duluth).

Opinion by KEEFE, J.   In accordance with stipulation of counsel that the
merchandise in question consists of wild rice similar to that the subject of *Davis*
v. *United States* (10 Cust. Ct. 189, C. D. 751) it was held properly dutiable at 10
percent under paragraph 1558 as claimed.

**No. 49653.**—Protests 58451–K, etc., of Nat E. Berzen, Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel sole crepe
rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31
C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49654.**—Protest 58453–K of M. Barbanell, Inc. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel sole crepe
rubber similar to that the subject of *United States* v. *F. Lester Kittle, Inc.* (31
C. C. P. A. 233, C. A. D. 276) was held entitled to free entry as claimed.

**No. 49655.**—Protests 961015–G/88086, etc., of Naumes Forwarding Service et al.
(Chicago).

Opinion by KEEFE, J.   On cheese similar to that the subject of *Scaramelli* v.
*United States* (9 Cust. Ct. 270, C. D. 706) and Abstract 42146, an allowance of